# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00709-REB-MEH

AMY ESPINOZA, et al.,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the following motions:

1. **Plaintiffs' Motion To Strike Defendant Ullrich Atzbach's Motion To Dismiss Under Fed.R.Civ.P. 12(b)(6) [EM/ECF No. 31]** [#32] filed June 17, 2008; and

2. Plaintiffs' **Motion For Stay Pending Ruling on Motion To Strike, Or in The Alternative, an Extension of Time To File Response To Defendant Ullrich Atzbach's Motion To Dismiss Under Fed.R.Civ.P. 12(b)(6) [EM/ECF No. 31]** [#33] filed June 18, 2008.

After careful review of the motions

    **IT IS ORDERED** as follows:

    1. That the **Plaintiffs' Motion To Strike Defendant Ullrich Atzbach's Motion To Dismiss Under Fed.R.Civ.P. 12(b)(6) [EM/ECF No. 31]** [#32] filed June 17, 2008, is **DENIED**;

    2. That the motion to stay pending ruling on motion to strike is **DENIED** as moot; and

    3. That the request for extension of time to file response to the motion to dismiss

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

is **DENIED** for failure to comply with REB Civ. Practice Standard II.G.2.

Dated: June 18, 2008